UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-43147 |
|---|---|
| ZSA ZSA L HUDSON | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030244**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 10 | CINCINNATI BELL TELEPHONE CO<br>201 EAST FOURTH STREET<br>CINCINNATI, OH  45202 | 13.54 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service                        05-43147

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| ZSA ZSA L HUDSON | MICHAEL J ELLERBROCK | (10.1) |
| --- | --- | --- |
| 550 IMO DRIVE, #2 | 4403 N MAIN ST | CINCINNATI BELL TELEPHONE CO |
| DAYTON, OH  45405 | DAYTON, OH  45405 | 201 EAST FOURTH STREET |
|  |  | CINCINNATI, OH  45202 |

(28.1n)
NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD
#500
BALTIMORE, MD  21230

Jeffrey M. Kellner BY        \_\_\_/s/ Jeffrey M. Kellner_____       sv